**United States District Court**
**Eastern District of California, Sacramento**

| | |
|---|---|
| SUSAN ATKINSON, | Case No. 2:06-CV-O2494-RRB-EFB |
| Plaintiff | |
| vs. | ORDER AMENDING PRETRIAL SCHEDULING ORDER |
| CITY OF ORLAND, ET AL., | |
| Defendants. | |

Based on the agreement and on the request of the parties, by and through their respective attorneys, and good cause appearing for this order, it is ordered that the Pretrial Scheduling Order be, and is, amended as follows.

Expert disclosure, 02/22/08. Supplemental expert disclosure, 03/07/08. Discovery cutoff, 04/23/08. Dispositive motion filing date, 05/21/08. Dispositive motion hearing date, 06/18/08 at 10:00 am. Joint pretrial statement due, 07/23/08. Final Pretrial conference, 07/30/08 at 2:00 pm. Trial, 09/08/08 at 09:00 am.

Date: October 25, 2007

/s/ Ralph R. Beistline
Hon. Ralph R. Beistline
U. S. District Judge

Order Amending Pretrial Scheduling Order

-1-